UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Civ. No. 2:10-CV-0208-FCD DAD |
| Petitioner, | ) | |
| vs. | ) | NOTICE OF HEARING |
| RAFAEL ROBLEDO VEGA, and BERTHA ROBLEDO ZARAGOZA, a.k.a. BERTHA R. VEGA, | ) | AND ORDER TO SHOW CAUSE |
| Respondents. | ) | |

Respondents Rafael Robledo Vega and Bertha Robledo Zaragoza (a.k.a. Bertha R. Vega) are hereby notified that the United States has petitioned this Court for an Order allowing the Internal Revenue Service to levy upon the real property located at 3535 Yeager Court, Corning, CA, 96021 (the "Property") in order to sell the Property to satisfy part or all of the Respondents' unpaid federal income taxes, penalties, interest, and other statutory additions for income tax year 2005.

This Court has examined the Petition of the United States and accompanying Declaration of Revenue Officer Tamar Thompson, and it is hereby ORDERED that Respondent has 25 days from the date of this Order to file with the Clerk of the Court a written Objection to Petition. Any written Objection to Petition should demonstrate either that:

    A. The liability has been satisfied; or

    B. Respondent has other assets from which the unpaid tax liabilities can be satisfied; or

    C. Applicable laws and administrative procedures relevant to the levy were not followed by the Internal Revenue Service.

1

It is FURTHER ORDERED that if Respondent files a written Objection to Petition with the Clerk of Court, then the Court will hold a hearing, at which the parties must appear, on **March 12, 2010, at 10:00 a.m.**, at the United States Courthouse, 501 I Street, Sacramento, California 95814, in courtroom number 2 before the undersigned, to consider Respondents' objections.

It is FURTHER ORDERED that, in addition to filing any Objection to the Petition with the Clerk of the Court, Respondent must also mail a copy of any Objection to the Petition to the attorneys for the United States, at the following addresses, on or before the filing date:

>Kaycee M. Sullivan
>Trial Attorney, Tax Division
>U.S. Department of Justice
>P.O. Box 683
>Ben Franklin Station
>Washington, D.C.  20044-0683
>
>Benjamin B. Wagner
>United States Attorney
>Eastern District of California
>U.S. Attorney's Office
>501 I Street Suite 10-100
>Sacramento, CA 95814

If Respondents do not file an Objection to Petition within 25 days of service of this order, or if they file an Objection to Petition but fail to appear before the Court as instructed, the Court will enter an Order Approving an Internal Revenue Service Levy on the Real Property Located at 3535 Yeager Court, Corning, CA, 96021.

It is FURTHER ORDERED that a copy of this ORDER TO SHOW CAUSE, together with the Petition and Declaration, shall be served upon Respondents Rafael Robledo Vega and Bertha Robledo Zaragoza within 5 days of the date of this Order, by the United States Marshal or any deputy U.S. Marshal, or any Revenue Officer of the Internal Revenue Service, by delivering a copy to Respondents at the following address:

>Rafael and Bertha Vega
>3535 Yeager Court
>Corning, CA, 96021

1     Service may also be completed by any other manner of service described in Rule 4(e)(1)
2 of the Federal Rules of Civil Procedure.  Proof of service shall be filed as soon as practicable.
3     The Clerk shall forward copies of this Order to the attorneys for the United States at the
4 address indicated on its pleadings.

6     **IT IS SO ORDERED.**

8 Date: January 27, 2010.

    _____
9     FRANK C. DAMRELL, JR.
    UNITED STATES DISTRICT JUDGE