UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Petitioner,<br><br>vs.<br><br>RAFAEL ROBLEDO VEGA, and<br>BERTHA ROBLEDO ZARAGOZA,<br>a.k.a. BERTHA R. VEGA,<br><br>Respondents. | Civ. No. 2:10-cv-208 FCD DAD<br><br>**ORDER APPROVING**<br>**LEVY OF PERSONAL RESIDENCE** |

ORDER APPROVING LEVY OF PRINCIPAL RESIDENCE

This matter having come before the undersigned upon the Petition of the United States and accompanying Declaration of Revenue Officer Tamar Thomson, and the Court having issued an Order to Show Cause and Notice of Hearing, which was properly served upon the Respondent, and no written objections having been filed by the Respondent, upon consideration of the Court:

IT IS HEREBY ORDERED THAT, pursuant to 26 U.S.C. § 6334(e), the Court GRANTS the Petition for Judicial Approval of Levy upon Principal Residence. The Internal Revenue Service may levy upon Respondents' interest in the real property located at 3535 Yeager Court, Corning, CA, 96021, in order to sell Respondents' interest to satisfy part or all of their unpaid federal income taxes, penalties, interest, and other statutory additions, for the tax year ending December 31, 2005. The levy may be executed by any duly authorized officer of the Internal Revenue Service.

It is ORDERED AND ADJUDGED that judgment be entered in favor the United States on its Petition.

It is FURTHER ORDERED that the Clerk of the Court shall mail a copy of this ORDER to:

Rafael and Bertha Vega

3535 Yeager Court

Corning, CA 96021


Kaycee M. Sullivan

Trial Attorney, Tax Division

U.S. Department of Justice

Post Office Box 683, Ben Franklin Station

Washington, D.C.  20044


IT IS SO ORDERED.

Dated: March 12, 2010

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE